UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JUDY MUSGROVE, et al.,

    Plaintiffs,

v.   No. 5:24-CV-272-H

WEALTH WATCH ADVISORS, INC.,

    Defendant.

## ORDER

In light of the Court's previous order referring this case to the bankruptcy court (Dkt. No. 22) and in order to manage the Court's docket more efficiently, this action is administratively closed without prejudice to its being reopened after the related bankruptcy proceeding is concluded. The parties shall file a joint status report with 30 days of a resolution of the adversary proceeding.

So ordered on March 7, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE